IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAUN ADAMS, :
:
    Plaintiff :
:
  v. : CIVIL NO. 4:CV-15-467
:
T. BICKERT, ET AL., : (Judge Brann)
:
    Defendants :

## **ORDER**

May 12, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Adams' action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

        BY THE COURT:

         s/ Matthew W. Brann
        Matthew W. Brann
        United States District Judge